ACCEPTED
03-15-00590-CV
7416312
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 3:16:04 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00590-CV

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 3:16:04 PM
JEFFREY D. KYLE
Clerk

STEVEN WEBB D/B/A LEANDER TRUX-N-KARZ

*Appellant,*

VS.

GLENCO UPSHAW

*Appellee.*

*On Appeal from the 368th District Court
of Williamson County, Texas
Hon. Rick Kennon, Judge Presiding
Trial Court Case No. 11-613-C368*

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME**

N. West Short
State Bar No. 00788407

WEST SHORT & ASSOCIATES, P.C.
313 West 10th Street
Georgetown, Texas 78626
512.864.3911
512.864.3966 (Fax)

**ATTORNEYS FOR APPELLANT STEVEN WEBB D/B/A LEANDER TRUX-N-KARZ**

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME**

Steven Webb, misnamed herein as "Steven Webb d/b/a Leander Trux-N-Karz," Appellant, respectfully asks the Court to extend the time to file his brief, and in support hereof, would show the following:

## A. Introduction

1.      Appellant Steven Webb is an individual, and is one of the owners of a used car dealership in Leander, Texas, called "Leander Trux-N-Karz, Inc."

2.      The trial court entered a post-answer summary judgment against Appellant by default on September 10, 2015.

3.      Appellant filed a *pro se* Notice of Appeal and a Motion for New Trial on September 15, 2015.

4.      Appellant, through the undersigned counsel, then filed a First Amended Motion for New Trial on October 5, 2015, contending that because Appellant was not aware of the hearing on Appellee's Motion for Summary Judgment, he should be granted a new trial under the *Craddock* test and in the interests of justice.

5.      Appellant's First Amended Motion for New Trial is currently set for hearing on October 29, 2015, and, if not ruled upon, will be denied by operation of law on November 24, 2015.

## B. Arguments and Authorities

6.      Appellant's brief is currently due on October 28, 2015.

7.      No extension has been previously granted to extend the time for Appellant to file his brief.

8.      This request is being made because this appeal will become moot if the trial court grants Appellant's Motion for New Trial, and because even if Appellant's motion is denied by the trial court, the trial court's actions could substantially change the issues in this appeal.

9.      Appellant therefore requests an additional 30 days after the trial court has ruled on the Motion for New Trial, or the Motion for New Trial is denied by operation of law, whichever is earlier, to file his brief.

### PRAYER

For the reasons stated above, Appellant respectfully requests an extension of time to file his brief until thirty (30) days after the trial court has ruled on the Motion for New Trial that is currently before it, or the Motion for New Trial is denied by operation of law, whichever is earlier.

Respectfully submitted,

**WEST SHORT & ASSOCIATES, P.C.**

By:     /s/ N. West Short
        N. West Short
        State Bar No. 00788407
        Michael Howell
        State Bar No. 24009368

        313 West 10th Street
        Georgetown, TX 78626
        512.864.3911
        512.864.3966 (Fax)
        west.short@westshortlawfirm.com
        michael.howell@westshortlawfirm.com

        ATTORNEYS FOR APPELLANT,
        STEVEN WEBB

**CERTIFICATE OF CONFERENCE**

I certify that I contacted Cheryl McGirr, lead counsel for Appellee, on October 16, 2015, to determine whether she was opposed to this motion, but she was out of the office for the day and I was unable to speak with her.

/s/ N. West Short
N. West Short


**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing has been e-served via ProDoc on this 16th day of October, 2015:

Cheryl McGirr
McGirr Law, PC
201 S. Lakeline Blvd., Suite 301
Cedar Park, Texas 78613
*COUNSEL FOR APPELLEE*

/s/ N. West Short
N. West Short